**Order filed June 29, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00134-CV
_____

### CAROLINE N. OGU, Appellant

### V.

### SOLOMON ERIC BOWENS, Appellee

**On Appeal from the County Court at Law No. 6**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-CCV-067418**

## ORDER

On April 19, 2021, appellant filed a brief that is not in compliance with the Texas Rules of Appellate Procedure. The brief fails generally to comply with the rules by: (1) failing to comply with Texas Rule of Appellate Procedure 9.9(a)(1); (2) failing to contain a table of contents that accurately references the pages of the brief and indicates the subject matter of each issue or point or group of issues or points; (3) failing to contain an index of authorities arranged alphabetically and indicating the pages of the brief where the authorities are cited; (4) failing to state

concisely all issues presented for review, (5) failing to contain a succinct, clear, and accurate statement of the arguments made in the body of the brief (6) failing to support its statement of facts with references to the record on appeal; and (7) failing to contain a clear and concise argument for the contentions made with appropriate citations to authorities and to the record. *See* Tex. R. App. P. 9.9(a)(1); 38.1(b), (c), (f), (g), (h), and (i).

Accordingly, we order appellant's brief **STRICKEN**. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure **within ten (10) days** of the date of this order. *See* Tex. R. App. P. 38.1.

If appellant files another brief that does not comply with Rule 38, the court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), if an appellant has failed to timely file a brief, we may dismiss the appeal for want of prosecution. If appellant fails to timely file a brief in accordance with Rule 38, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.